|  |  |
|---|---|
| ☐ County Court   ☒ District Court<br>DENVER County, Colorado<br>901 19TH ST, DENVER, CO 80294<br><br>Plaintiff/Petitioner(s):   Kimberly Johnson, individually and on behalf all others similarly situated<br>v.<br>Defendant/Respondent(s):   Pingora Asset Management, LLC, and Pingora Loan Servicing, LLC | **COURT USE ONLY** |
| Attorney or Party Without Attorney (Name and Address):<br>LAW OFFICE OF RICK D. BAILEY, ESQ.<br>RICK D. BAILEY #26554<br>1085 LAFAYETTE ST STE 702<br>DENVER, CO 80218<br>Phone Number:  (720) 676-6023       E-mail:   RICK@RICKBAILEYLAW.COM<br>  FAX Number: | Case Number:   22-CV-01034-LTB<br><br>Division            Courtroom |

## AFFIDAVIT OF SERVICE

Court Date:

I declare under oath that I am 18 years or older and not a party to the action and that I served **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, and CIVIL COVER SHEET** on **Pingora Asset Management, LLC** at the following location: **1900 W LITTLETON BLVD LITTLETON, CO 80120** on **Tue, May 03 2022** at **08:27 AM**

☐ By handing the documents to a person identified to me as the Defendant/Respondent: _____ .

☐ By identifying the documents, offering to deliver them to a person identified to me as the Defendant/Respondent who refused service, and then leaving the documents in a conspicuous place.

☐ By leaving the documents at the Defendant/Respondent's usual place of abode with _____ who is a member of the Defendant/Respondent's family and whose age is 18 years or older and identified family relationship as _____ .

☐ By leaving the documents at the Defendant/Respondent's usual workplace with _____ who is the Defendant/Respondent's ☐ secretary, ☐ administrative assistant, ☐ manager, or ☐ registered agent.

☒ By leaving the documents with **Cole Stender** , who as **Registered Agent Corporation Service Company** is authorized by appointment or by law to receive service of process for the Defendant/Respondent.

☐ By serving the documents as follows (other service permitted by C.R.C.P 4(g) or C.R.C.P. 304(c)(d) and (e)):

☐ **For Eviction Cases Only.**

I have made diligent efforts such as

but have been unable to make personal service on the Defendant/Respondent(s) and I have made service of the within summons and complaint by posting a copy of them in a conspicuous place upon the premises described therein.

### VERIFICATION AND ACKNOWLEDGMENT

I **DOMINIQUE REES** (name) swear/affirm under oath, and under penalty of perjury, that I have read the foregoing *AFFIDAVIT OF SERVICE* and that the statements set forth therein are true and correct to the best of my knowledge.

_____
Signature

Subscribed and affirmed, or sworn to before me in the County of EL PASO, State of COLORADO, this day May 4, 2022 .
My Commission Expires: November 25, 2023

_____
Notary Public
Fee: $65.00
Client Job #: 22-CV-01034-LTB

ALISON FREIER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194044435
MY COMMISSION EXPIRES NOVEMBER 25, 2023

JDF 98     R10/13     AFFIDAVIT OF SERVICE
© 2013 Colorado Judicial Department for use in the Courts of Colorado