IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01034-MEH

KIMBERLY JOHNSON,

      Plaintiff,

v.

PINGORA ASSET MANAGEMENT, LLC, and
PINGORA LOAN SERVICING, LLC,

      Defendants.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is Plaintiff's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). ECF 14. The Court notes that neither Defendant has made an appearance yet. The case was dismissed without prejudice as of the entry of the Notice. Fed. R. Civ. P. 41(a)(1)(A)(i) (providing that the "plaintiff may dismiss an action *without a court order* by filing: . . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment") (emphasis added)). No order of dismissal is necessary.

Although Defendants have not yet appeared, several intervenors did file a motion asking to transfer this case to the Southern District of Florida where several earlier-filed related lawsuits already have been consolidated. In light of Plaintiff's voluntary dismissal, their Motion to Intervene [filed May 10, 2022; ECF 12] is **denied as moot**.

In light of the voluntary dismissal, the Scheduling Conference currently set for July 7, 2022 is **vacated**.

The Clerk of Court shall close this case.

Dated and entered at Denver, Colorado, this 19th day of May, 2022.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge